December 7, 2006

**SECOND NOTICE 1/17/07**

Robert C. Heinemann, Clerk
130 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 29 2007 ★
BROOKLYN OFFICE

Re: MDL - 1742 Ortho Evra Products Liability Litigation

| Transfer of Civil Cases | NYE# |
|---|---|
| Devins v Ortho-McNeil Pharma, et al. | 1:06-5248 |
| Phidd v Johnson & Johnson, et al. | 1:06-5426 |
| ✓ Santoli v Johnson & Johnson, et al. | 1:06-5439 |

Dear Sir/Madam:

Enclosed is a certified copy of Conditional Transfer Order (CTO-25) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

<u>Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.</u>

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov** and
**Jenny_E_Smolinski@ohnd.uscourts.gov**

A CERTIFIED TRUE COPY

NOV 27 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
2006 DEC -6 AM 9:27

DOCKET NO. 1742

*...DISTRICT OF OHIO
CLEVELAND*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-25)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 246 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: Jennifer Sudwicki
Deputy

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 2 06-499 | Latasha Moss v. Johnson & Johnson, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-6124 | Evelyn Rodriguez v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAC 5 06-1050 | Esmeralda Sandoval v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-2119 | Rebecca Merino v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 4 06-5840 | Jennifer Bailey v. Othro-McNeil Pharamceutical, Inc., et al. |
| **IDAHO** | |
| ID 1 06-403 | Katy McKellips Braman v. Johnson & Johnson, et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-5289 | Melissa Zydel v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-1425 | Jessica Stanley v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN 0 06-3950 | Judith Renee Williams v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN 0 06-4148 | Annie Callahan v. Johnson & Johnson, et al. |
| MN 0 06-4149 | Vernea Sanders v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ 2 06-4408 | Samantha Dormandy v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-5248 | Lea A. Devins v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE 1 06-5426 | Pauline Phidd v. Johnson & Johnson, et al. |
| NYE 1 06-5439 | Martina Santoli v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC 3 06-2960 | Carlotta Watson v. Johnson & Johnson, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-3121 | Margaret Lathrop v. Johnson & Johnson, et al. |